IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:08CV216 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER NUNC PRO TUNC |
| | ) | |
| KRISTOPHER J. MINER; | ) | |
| ALESHA M. MINER, | ) | |
| | ) | |
| Defendants. | ) | |

Upon consideration of the Motion for an Order Nunc Pro Tunc filed by the Plaintiff (filing 11), it is hereby ordered that the Judgment and Decree of Foreclosure and Order of Sale (filing 10) be amended by inserting the correct statutory judgment rate of interest at 1.59%.

DATED this 24th day of October, 2008.

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE